UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF SIERRA, INC., et al., <br><br> Defendants. | Case No.: 1:22-cv-0508 JLT CDB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM WITH PREJUDICE <br><br> (Doc. 14) |

Terrance Marsh, proceeding *pro se* and *in forma pauperis*, initiated this action against Defendants Bank of Sierra, Inc., Margaret Droese, and Karen Mitchell on April 29, 2022. (Doc. 1.) On January 3, 2023, the assigned magistrate judge reviewed the allegations of Plaintiff's Second Amended Complaint and found Plaintiff "states a potentially cognizable Section 1981 claim," but failed to state a claim for intentional infliction of emotional distress. (Doc. 14 at 8; *see also id.* at 6-8.) Therefore, the magistrate judge recommended the claim for intentional infliction of emotional distress be dismissed with prejudice. (*Id.* at 8.)

The Court served the Findings and Recommendations on January 3, 2023, and notified Plaintiff that any objections must be filed within 21 days of the date of service. (Doc. 14 at 8.) In the alternative, the Court informed Plaintiff that he "may choose to stand on his second amended complaint and proceed only on his Section 1981 claim," in which case Plaintiff was directed to notify the Court in writing that he wanted to proceed in that manner. (*Id.*) The Court also informed Plaintiff

1

the failure to file timely objections "may result in the waiver of rights on appeal." (*Id.* at 9, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations, and the deadline to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, this Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 3, 2023 (Doc. 14) are **ADOPTED** in full.
2. Plaintiff's intentional infliction of emotional distress claim is **DISMISSED** with prejudice.
3. The action **SHALL** proceed only upon Plaintiff's claim for discrimination arising under 42 U.S.C. § 1981.
4. The matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 6, 2023**

UNITED STATES DISTRICT JUDGE

2