UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF SIERRA, INC. et al.<br><br>　　　　Defendants. | Case No. 1:22-cv-00508-JLT-CDB<br><br>ORDER FOR SERVICE OF SECOND AMENDED COMPLAINT<br><br>30-DAY DEADLINE |

    The Court finds Plaintiff Terrance Marsh ("Plaintiff") appears to state a cognizable claim for relief under 42 U.S.C. § 1981 against Defendants Bank of Sierra, Inc., Margaret Droese, and Karen Mitchell. (Docs. 14-15). Accordingly, the Court HEREBY ORDERES:

1. Service is appropriate for Defendants Bank of the Sierra, Margaret Droese, and Karen Mitchell.
2. The Clerk of the Court shall send Plaintiff three USM-285 forms, three summons, a notice of submission of documents form, an instruction sheet and four copies of the second amended complaint filed August 29, 2022 (Doc. 12).
3. Within 30 days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summonses;

    b. One completed USM-285 form for each defendant listed above; and

    c. four copies of the endorsed second amended complaint filed August 29, 2022 (Doc. 12).

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **February 8, 2023**　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                          UNITED STATES MAGISTRATE JUDGE