UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF SIERRA, INC. et al.<br><br>            Defendants. | Case No. 1:22-cv-00508-JLT-CDB<br><br>SECOND ORDER FOR SERVICE OF SECOND AMENDED COMPLAINT<br><br>30-DAY DEADLINE |

On February 6, 2023, the Court found Plaintiff Terrance Marsh ("Plaintiff") appeared to state a cognizable claim for relief under 42 U.S.C. § 1981 against Defendants Bank of Sierra, Inc., Margaret Droese, and Karen Mitchell.  (Doc. 15).  On February 9, 2023, the Court issued an order directing the Clerk of Court to provide Plaintiff documents necessary for service including, three summons, three USM-285 forms, and instructions. (Doc. 17).  The Court ordered Plaintiff to complete all necessary documents for service within 30 days from the date of the order.  *Id*. at 2.

On March 8, 2023, Plaintiff filed a timely notice of submission of documents.  (Doc. 17). Plaintiff sent his completed documents to the Clerk of Court.  Plaintiff's proposed summons for all three Defendants all have the service address listed as P.O. Box 1930 Porterville, CA 93258. The proposed addresses are inappropriate for personal service because they are P.O. boxes,

whereas service should be accomplished at a physical address.  Accordingly, IT IS HEREBY ORDERED:

1. Service is appropriate for Defendants Bank of the Sierra, Margaret Droese, and Karen Mitchell.
2. The Clerk of the Court shall reissue Plaintiff three USM-285 forms, three summons, a notice of submission of documents form, an instruction sheet and four copies of the second amended complaint filed August 29, 2022 (Doc. 12).
3. Within 30 days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. Completed summonses;
   b. One completed USM-285 form for each defendant listed above; and
   c. four copies of the endorsed second amended complaint filed August 29, 2022 (Doc. 12).
4. Plaintiff shall include an actual, physical street address for all three Defendants.
5. Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.
6. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 15, 2023**                     _____
                                                UNITED STATES MAGISTRATE JUDGE