UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF SIERRA, INC. et al.<br><br>　　　　Defendants. | Case No. 1:22-cv-00508-JLT-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY<br><br><u>21-DAY DEADLINE</u> |

　　　　On February 6, 2023, the Court found Plaintiff Terrance Marsh ("Plaintiff") appeared to state a cognizable claim for relief under 42 U.S.C. § 1981 against Defendants Bank of Sierra, Inc., Margaret Droese, and Karen Mitchell.  (Doc. 15).  On February 9, 2023, the Court issued an order directing the Clerk of Court to provide Plaintiff documents necessary for service including, three summons, three USM-285 forms, and instructions.  (Doc. 16).  The Court ordered Plaintiff to complete all necessary documents for service within 30 days from the date of the order.  *Id*. at 2.

　　　　On March 8, 2023, Plaintiff filed a timely notice of submission of documents.  (Doc. 17).  Plaintiff sent his completed documents to the Clerk of Court.  Plaintiff's proposed summonses for each of the Defendants identify the service address as P.O. Box 1930 Porterville, CA 93258.  The Court determined the proposed address was inappropriate for personal service because it is a P.O. box, whereas service should be accomplished at a physical address.  (Doc. 18).  On March 15,

2023, the Court issued a second order for service of the second amended complaint instructing Plaintiff to complete the USM-285 forms for the defendants with actual, physical street addresses for all the defendants. *Id*. Plaintiff was instructed "failure to comply with this order will result in a recommendation that this action be dismissed." *Id*. at 2. As of the date of this Order, Plaintiff has failed to complete and return the USM-285 forms for service as ordered by this Court.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that within 21 days of entry of this order, Plaintiff shall show cause in writing why sanctions, including dismissal, should not be imposed for Plaintiff's failure to complete and return the USM-285 forms for service as ordered by this Court.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

UNITED STATES MAGISTRATE JUDGE