UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF SIERRA, INC.,<br><br>   Defendants. | Case No. 1:22-cv-00508-JLT-CDB<br><br>ORDER DISCHARGING APRIL 19, 2023, ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S REQUEST *NUNC PRO TUNC* FOR AN EXTENSION OF TIME FOR SERVICE OF THE SECOND AMENDED COMPLAINT<br><br>(Docs. 19, 20) |

On April 19, 2023, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to properly complete and return the USM-285 forms for service as ordered by this Court. (Doc. 19). On May 5, 2023, Plaintiff filed a response to the order to show cause. (Doc. 20). Plaintiff notes he has "found a better address to use for service of process" and that he will correct the mistake. *Id*. Plaintiff requests an additional 30 days to serve process. *Id*.

The Court finds Plaintiff's representations demonstrate that his failure to follow the Court's orders constitute excusable neglect. *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007). Accordignly, IT IS HEREBY ORDERED:

1. The Court's April 19, 2023, Order to Show Cause (Doc. 19) is DISCHARGED;

2. Plaintiff shall return the notice, summonses and endorsed copies of the second

amended complaint as directed by and consistent with the Court's March 15, 2023 Second Order for Service of Second Amended Complaint (Doc. 18) **no later than June 5, 2023**; and

3.  Plaintiff's failure to timely comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **May 11, 2023**                               _____
                                                      UNITED STATES MAGISTRATE JUDGE