1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   TERRANCE MARSH,                          Case No. 1:22-cv-00508-JLT-CDB

12              Plaintiff,
                                              ORDER ON STIPULATION
13        v.                                  EXTENDING TIME FOR FILING
                                              RESPONSIVE PLEADING
14   BANK OF SIERRA, INC., *et al*.
                                              (Doc. 29)
15              Defendants.

16

17          Pending before the Court is the parties' second stipulation to extend Defendants' time to

18   file a responsive pleading to the operative complaint.  (Doc. 29).  The parties did not submit to the

19   Court a proposed order on their stipulation as required under Local Rules 137 and 143;

20   accordingly, the Court DIRECTS the parties to review the Local Rules and to comply with these

21   and all other provisions in connection with all future filings.

22          In light of the parties' representations and good cause appearing, IT IS HEREBY

23   ORDERED that Defendants' deadline to file their responses to Plaintiff's Second Amended

24   Complaint is extended from September 8, 2023, to September 15, 2023.

25   IT IS SO ORDERED.

26   Dated:  **September 7, 2023**                _____

27                                               UNITED STATES MAGISTRATE JUDGE

28